IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

JAMES MONTGOMERY,

    Plaintiff,

v.                                                   Civil Action No. 5:20-cv-00077

ASHWORTH BROS., INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed among Plaintiff James Montgomery and Defendant Ashworth Bros., Inc., that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action and all claims alleged herein are DISMISSED WITH PREJUDICE.

Respectfully submitted this 30th day of June, 2021, by,

/s/ Timothy E. Cupp
Timothy E. Cupp, VSB No. 23017
Shelley Cupp Schulte, P.C.
1951-D Evelyn Byrd Avenue, Suite D
P.O. Box 589
Harrisonburg, Virginia 22803-0589
Phone: (540) 432-9988
Fax: (804) 278-9634
E-mail: cupp@scs-work.com
*Counsel for Plaintiff*

/s/ Andrew S. Baugher
Andrew S. Baugher (VSB #74663)
Flora Pettit PC
90 North Main Street, Suite 201
P.O. Box 1287
Harrisonburg, Virginia 22803
Tel: (540) 437-3138
Fax: (540) 437-3101
asb@fplegal.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Timothy E. Cupp, Esq.
> Shelley Cupp Schulte, P.C.
> 1951 Evelyn Byrd Avenue, Suite D
> P.O. Box 589
> Harrisonburg, Virginia 22801
> cupp@scs-work.com
>
> Tim Schulte, Esq.
> Shelley Cupp Schulte, P.C.
> 3 West Cary Street
> Richmond, Virginia 23220
> schulte@scs-work.com
>
> *Counsel for Plaintiff*

/s/ Andrew S. Baugher
*Counsel for Defendant*

4820-1965-4896 v.1